**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01751-CV

### UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellants

### V.

### REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

This is an appeal from a temporary injunction order in favor of appellees. Appellants have filed their brief on the merits; appellees' brief is currently due.

By motion filed April 4, 2014, appellees inform us that they have filed an amended petition dropping all claims for injunctive relief and will be moving the trial court to dissolve the temporary injunction. They seek to have the appeal abated, pending the trial court's ruling on their motion to dissolve temporary injunction. We **GRANT** the motion, **ABATE** the appeal, and **ORDER** appellees to file either a motion to dismiss the appeal or a motion to reinstate the appeal along with their brief on the merits no later than May 5, 2014. The appeal shall be reinstated May 9, 2014 or upon appellees' filing of the dismissal or reinstatement motion.

/s/      ELIZABETH LANG-MIERS
         JUSTICE